Ford Elsaesser, ISB #2205
Cindy Elliott, ISB 4022
ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & McHUGH
123 South Third Avenue
Post Office Box 1049
Sandpoint, ID 83864
Phone: (208) 263–8517
Fax: (208) 263–0759

Peter J. Brann [Admitted *Pro Hac Vice*]
BRANN & ISAACSON
184 Main Street
P. O. Box 3070
Lewiston, ME 04243–3070
Phone: (207) 786–3566
Fax: (207) 783–9325

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLDWATER CREEK INC., | ) |
|  | ) CASE NO. CV-06-307-N-EJL |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) STIPULATION TO VACATE |
| ONLINE REWARD CENTER, APPAREL- | ) LITIGATION ORDER DEADLINE |
| OFFER, GIFT REWARD CENTER, LLC and | ) AND TELEPHONIC |
| NIUPERCENT, INC., | ) SCHEDULING CONFERENCE |
|  | ) |
| Defendants. | ) |

Plaintiff Coldwater Creek Inc. ("Coldwater Creek") and Defendants Online Reward Center, Apparel-Offer, Gift Reward Center, LLC and Niupercent, Inc. ("Online Reward"), through undersigned counsel, stipulate and request that the Court enter an order vacating the deadline for filing a joint litigation plan and the telephonic scheduling conference set out in the

Order on Stipulation to Vacate and Reset Litigation Order Deadlines entered on October 25, 2006. The parties have fully resolved this matter pursuant to a settlement agreement and anticipate that they will submit a Joint Stipulation of Dismissal Without Prejudice and Without Costs, and proposed Final Order of Voluntary Dismissal Without Prejudice and Without Costs on or before December 19, 2006.

Dated: December 4, 2006

ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & McHUGH
Ford Elsaesser
Cindy Elliott

BRANN & ISAACSON
Peter J. Brann

Attorneys for Plaintiff

By\_\_\_\_/s/_____
          Cindy Elliott, ISB #4022

Dated: December 4, 2006

BRADLEE R. FRAZER
TECHNOLOGY LAW GROUP, LLC

Attorney for Defendant

By\_\_\_\_/s/_____
          Bradlee R. Frazer, ISB #3857

CERTIFICATE OF MAILING

I certify that on this 4th day of December, 2006, I caused a copy of the attached document to be mailed or faxed to the following named person:

Kenneth A. Horky - Facsimile # (954) 765-1477 [Courtesy Copy]
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301

_____/s/_____
Cindy Elliott, Attorney for Plaintiff

Stipulation to Vacate Litigation Order
Deadline and Telephonic Scheduling
Conference - Page 2 of 2